| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sammartino, Janis L. | 2. Court or Organization<br><br>Southern District of California | 3. Date of Report<br><br>05/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>940 Front St., Suite 3142<br>San Diego, CA 92101 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair, Judicial Advisory Board | Association of Business Trial Lawyers of San Diego |
| 2. | President | Louis M. Welsh Inn of Court Chapter, American Inns of Court |
| 3. | Trustee | Trust I |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | California State Judges Retirement |
| 2. 2011 | PDR Corp. - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PARENT PLUS LOANS | UNSECURED LOANS FOR COLLEGE TUITION | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MITEK | A | Dividend | J | T | | | | | |
| 2. FISERV | A | Dividend | K | T | | | | | |
| 3. TEVA | A | Dividend | J | T | | | | | |
| 4. PRUDENTIAL | A | Dividend | J | T | | | | | |
| 5. EURO PACIFIC GROWTH FUND (AEPGX) (IRA) | | None | | | Sold | 01/17/11 | M | A | |
| 6. INVESTMENT CO OF AMERICA (AIVSX) (IRA) | | None | | | Sold | 01/17/11 | N | A | |
| 7. AMERICAN GEN LIFE INS CO POLICY-- CASH VALUE | | None | K | T | | | | | |
| 8. RENTAL PROPERTY, SAN DIEGO, CA (TRUST I) | | None | O | W | | | | | |
| 9. MORGAN STANLEY SELECT UMA IRA | | None | O | T | Buy | 01/17/11 | O | | |
| 10. TRUST #2 (MS ACTIVE ASSETS ACCT) (X) | E | Int./Div. | O | T | | | | | |
| 11. -FTR stock (pref) | | | | | | | | | |
| 12. -ZQK stock (pref) | | | | | | | | | |
| 13. -Municipal Bonds: | | | | | | | | | |
| 14. --CA St Various Purp | | | | | | | | | |
| 15. --Santee CA Pub Fing Auth Lease Rev | | | | | | | | | |
| 16. --Orange CA Redev Agy Tax Alloc Ref | | | | | | | | | |
| 17. --CA St Pub Wks Brd Leas E Rev | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Turlock CA Uni Sch Dist | | | | | | | | | |
| 19. --CA St. Genl Oblig Ser-2L | | | | | | | | | |
| 20. --Banning CA Util Auth Wastew | | | | | | | | | |
| 21. --CA St Var Purp Gen Oblig | | | | | | | | | |
| 22. --Galt Schs Jt Pwrs Auth | | | | | | | | | |
| 23. --Liberty Calif Un High Sch Dist Ref | | | | | Buy | 07/11/11 | K | | |
| 24. --CA St Genl Oblig Ser-1 | | | | | | | | | |
| 25. -MS Bank Acct | | | | | | | | | |
| 26. TRUST #3 (SPECTRUM ASSET MGMT ) (X) | E | Int./Div. | N | T | | | | | |
| 27. -MS Bank account | | | | | | | | | |
| 28. -Preferred stocks: | | | | | | | | | |
| 29. --Aegon | | | | | | | | | |
| 30. --Arch Cap Grp | | | | | | | | | |
| 31. --Bank of America | | | | | | | | | |
| 32. --Barclay's Bank | | | | | | | | | |
| 33. --Commonwealth REIT | | | | | | | | | |
| 34. --Credit Suisse | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Deutsche Bank | | | | | Buy (add'l) | 10/05/11 | J | | |
| 36. --Digital Realty | | | | | | | | | |
| 37. --Duke Realty Corp | | | | | | | | | |
| 38. --First Niagara Fin Grp | | | | | Buy | 12/19/11 | J | | |
| 39. --Goldman Sachs Group | | | | | | | | | |
| 40. --HSBC Holdings | | | | | | | | | |
| 41. --Ing Group NV 06.375 | | | | | Buy | 5/19/11 | J | | |
| 42. --Ing Group NV 6.125 | | | | | | | | | |
| 43. --Ing Group NV 7.2 | | | | | | | | | |
| 44. --Ing Group NV 7.375 | | | | | | | | | |
| 45. --Ing Group NV 7.05 | | | | | Buy (add'l) | 03/17/11 | J | | |
| 46. --Kimco Realty | | | | | | | | | |
| 47. --Metlife Inc. | | | | | | | | | |
| 48. --Partnerre Ltd. | | | | | | | | | |
| 49. --Prudential PLC | | | | | | | | | |
| 50. --PS Business Park | | | | | | | | | |
| 51. --Public Storage | | | | | Buy (add'l) | 04/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 07/20/11 | J | | |
| 53. | | | | | Sold (part) | 07/28/11 | J | A | |
| 54. --Realty Income Corp | | | | | | | | | |
| 55. --Regency Centers | | | | | | | | | |
| 56. --Renaissancere | | | | | | | | | |
| 57. --Royal Bk Scot | | | | | Buy | 07/15/11 | J | | |
| 58. --Santander Fin | | | | | | | | | |
| 59. --UBS stock | | | | | | | | | |
| 60. --Vornado Realty | | | | | Buy (add'l) | 08/15/11 | J | | |
| 61. --Wachovia | | | | | | | | | |
| 62. --Weingarten Realty | | | | | | | | | |
| 63. --Wells Fargo | | | | | | | | | |
| 64. -Fixed Rate Capital Securities: | | | | | | | | | |
| 65. --Weingarten Realty Invest | | | | | | | | | |
| 66. --Commonwealth REIT | | | | | | | | | |
| 67. --Countrywide Capital IV | | | | | | | | | |
| 68. --Wells Fargo Capital VII | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --JP Chase Capital XI | | | | | | | | | |
| 70. --PNC Capital Trust | | | | | | | | | |
| 71. --Everest Resource Capital Trust II | | | | | | | | | |
| 72. --Wells Fargo Capital | | | | | | | | | |
| 73. --JP Morgan Chase Cap XIV | | | | | | | | | |
| 74. --BAC Capital Trust Ser V | | | | | | | | | |
| 75. --Prudential Financial Inc. | | | | | | | | | |
| 76. --Entergy Texas Inc. | | | | | | | | | |
| 77. --Ameriprise Financial Inc. | | | | | | | | | |
| 78. --Vornado Rlty LP | | | | | | | | | |
| 79. --JP Chase Cap XXVIII | | | | | | | | | |
| 80. --Entergy Louisiana LLC | | | | | | | | | |
| 81. --JPMorgan Chase Capital XXIX | | | | | | | | | |
| 82. --Entergy Arkansas Inc. | | | | | | | | | |
| 83. --Entergy Louisiana LLC | | | | | | | | | |
| 84. --FPL Group Capital Trust i | | | | | | | | | |
| 85. --Natl Rural Util | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Berkley WR Corp | | | | | | | | | |
| 87. --General Elec Cap Corp | | | | | | | | | |
| 88. --Markel Corp | | | | | | | | | |
| 89. --General Elec Cap Corp 6.05% | | | | | | | | | |
| 90. --Gen Elec Cap Corp 6.00% | | | | | | | | | |
| 91. --PPL Capital FDG | | | | | | | | | |
| 92. --US Bancorp PFD | | | | | | | | | |
| 93. --LLoyds Bankling | | | | | | | | | |
| 94. --Entergy Mississippi Inc 6% | | | | | | | | | |
| 95. --Qwest Corp | | | | | | | | | |
| 96. --BAC Capital Trust X | | | | | | | | | |
| 97. --BAC Capital Trust 6.875% | | | | | | | | | |
| 98. --Comcast Corp | | | | | | | | | |
| 99. --Viacom Iinc | | | | | | | | | |
| 100. --CBS Corp | | | | | | | | | |
| 101. --Comcast Corp 6.625% | | | | | | | | | |
| 102. --Telephone and Data Systems | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Telephone and Data Systems Inc | | | | | | | | | |
| 104.  --United States Cellular Corp | | | | | | | | | |
| 105.  --Goldman Sachs Group Inc. (-111) | | | | | | | | | |
| 106.  --Goldman Sachs Group Inc. (-184) | | | | | | | | | |
| 107.  --DTE Energy Co Ser I | | | | | | | | | |
| 108.  --Merrill Lynch Cap TR II 6.45% | | | | | | | | | |
| 109.  --Dominion Resources Inc Ser A | | | | | | | | | |
| 110.  --Scana Corp 7.70% | | | | | | | | | |
| 111.  --USB Capital VIII | | | | | | | | | |
| 112.  --Protective Life Corp | | | | | | | | | |
| 113.  --USB Capital XI | | | | | | | | | |
| 114.  --Merrill Lynch Capital Trust I | | | | | | | | | |
| 115.  --USB Capital XII 6.30% | | | | | | | | | |
| 116.  --Wachovia Cap Trust IX | | | | | | | | | |
| 117.  --Wells Fargo Cap 6.25% | | | | | | | | | |
| 118.  --Fifth Third Cap Trust 7.250 | | | | | | | | | |
| 119.  --Fifth Third Capital Trust 7.25% | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Xcel Energy Inc. | | | | | | | | | |
| 121. --M&T Capital Trust IV 8.5% | | | | | | | | | |
| 122. --PNC Capital Trust E | | | | | | | | | |
| 123. --Suntrust Cap IX 7.875% | | | | | | | | | |
| 124. --Nextera Energy Capital | | | | | | | | | |
| 125. -Money Market Fund | | | | | | | | | |
| 126. TRUST #4 (MS SELECT UMA BASIC SECURITIES ACCT) (X) | D | Int./Div. | N | T | | | | | |
| 127. -Morgan Stanley Bank Account | | | | | | | | | |
| 128. -Common stocks: | | | | | | | | | |
| 129. --Affiliated Mgrs Group Inc | | | | | | | | | |
| 130. --Allergan Inc. | | | | | | | | | |
| 131. --Alliance Data Systems Corp | | | | | | | | | |
| 132. --Allianz SE | | | | | | | | | |
| 133. --Alstom ADR | | | | | Buy | 08/19/11 | J | | |
| 134. --Altera CP | | | | | Sold (part) | 01/10/11 | J | A | |
| 135. --Alumina Ltd | | | | | | | | | |
| 136. --Ametek Inc | | | | | Buy | 02/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  --Anglogold Ashanti Ltd | | | | | | | | | |
| 138.  --ANSYS Inc | | | | | Sold (part) | 3/18/11 | J | A | |
| 139.  --Apple Inc | | | | | Sold (part) | 01/18/11 | J | B | |
| 140.  --Astrazeneca PLC | | | | | Buy (add'l) | 02/08/11 | J | | |
| 141.  --Axis Capital Holdings Ltd | | | | | Buy (add'l) | 7/18/11 | J | | |
| 142.  --Barrick Gold Corp | | | | | | | | | |
| 143.  --Baxter Intl Inc | | | | | | | | | |
| 144.  --Cameco Corp | | | | | | | | | |
| 145.  --Carrefour SA | | | | | | | | | |
| 146.  --Catalyst Health Solutions | | | | | | | | | |
| 147.  --Celgene Corp | | | | | | | | | |
| 148.  --Centrais Elec | | | | | | | | | |
| 149.  --Church & Dwight Co | | | | | | | | | |
| 150.  --Citrix Systems | | | | | Sold (part) | 01/10/11 | J | A | |
| 151.  --Coach Inc | | | | | Buy | 3/16/11 | J | | |
| 152. | | | | | Buy (add'l) | 9/06/11 | J | | |
| 153.  --Cognizant Tech Solutions | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Concho Res Inc. | | | | | | | | | |
| 155. --DAI NIPPPN | | | | | | | | | |
| 156. --DAIICHI Sankyo Co | | | | | | | | | |
| 157. --Danaher Corp | | | | | | | | | |
| 158. --Decker Outdoor Corp | | | | | | | | | |
| 159. --Denbury Resources Inc | | | | | Buy (add'l) | 3/21/11 | J | | |
| 160. --East Japan Ry Co | | | | | | | | | |
| 161. --Electricite de France | | | | | | | | | |
| 162. --Embraer | | | | | | | | | |
| 163. --EMC Corp | | | | | Buy (add'l) | 1/18/11 | J | | |
| 164. --Express Scripts Inc | | | | | | | | | |
| 165. --Finmeccanica Spa Roma | | | | | | | | | |
| 166. --Fujifilm Hldgs Corp | | | | | | | | | |
| 167. --Gazprom O A O Spon ADR | | | | | | | | | |
| 168. --Gilead Science | | | | | | | | | |
| 169. --Glaxosmithkline PLC | | | | | | | | | |
| 170. --Gold Fields Ltd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Google Inc | | | | | | | | | |
| 172. --Hachijuni Bank Ltd | | | | | | | | | |
| 173. --Home Retail Group ADR | | | | | | | | | |
| 174. --Idex Corp Delaware | | | | | | | | | |
| 175. --Ill Tool Works Inc. | | | | | Buy | 02/10/11 | J | | |
| 176. --Intercontinentalexchange Inc | | | | | | | | | |
| 177. --IBM | | | | | | | | | |
| 178. --Ishares Russell 2000 Index Fd | | | | | Sold (part) | 01/18/11 | K | B | |
| 179. | | | | | Sold (part) | 04/27/11 | J | A | |
| 180. | | | | | Sold (part) | 05/2/11 | J | A | |
| 181. | | | | | Sold | 10/20/11 | J | A | |
| 182. | | | | | Sold (part) | 11/23/11 | J | A | |
| 183. | | | | | Buy | 10/27/11 | J | | |
| 184. --Johnson Controls Inc | | | | | | | | | |
| 185. --Kinross Gold Corp | | | | | | | | | |
| 186. --Korea Electric Power Corp | | | | | | | | | |
| 187. --Marine Harvest Asa | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --MS&AD Ins Group | | | | | Buy (add'l) | 4/08/11 | J | | |
| 189. --MSC Indl Direct Co | | | | | | | | | |
| 190. --Netapp Inc | | | | | | | | | |
| 191. --Netlogic Microsystems Inc | | | | | | | | | |
| 192. --Newcrest Minining Ltd | | | | | | | | | |
| 193. --Nexen Inc | | | | | | | | | |
| 194. --Nintendo Co Ltd | | | | | | | | | |
| 195. --Nippon Telegraph&Telephone | | | | | | | | | |
| 196. --Nokia Cp | | | | | | | | | |
| 197. --Oreilly Automotive Inc | | | | | | | | | |
| 198. --Occidental Petroleum Corp | | | | | Buy | 06/07/11 | J | | |
| 199. --Oracle Corp | | | | | | | | | |
| 200. --Panasonic Corp | | | | | | | | | |
| 201. --Pepsico Inc | | | | | | | | | |
| 202. --Polyus Gold Intl Ltd | | | | | | | | | |
| 203. --Praxair Inc | | | | | Buy (add'l) | 02/10/11 | J | | |
| 204. --Precision Castparts Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Priceline.com Inc | | | | | | | | | |
| 206. --Proctor & Gamble | | | | | | | | | |
| 207. --PT Telekomunikasi Indonesia | | | | | | | | | |
| 208. --Qualcomm Inc | | | | | Buy | 03/18/11 | J | | |
| 209. --Riverbed Tech Inc | | | | | Buy | 07/20/11 | J | | |
| 210. --Rohm Co Ltd | | | | | | | | | |
| 211. --Ross Stores Inc | | | | | Buy | 08/24/11 | J | | |
| 212. --Sanofi ADR | | | | | | | | | |
| 213. --Schlumberger Ltd | | | | | | | | | |
| 214. --Sekisui House Ltd | | | | | | | | | |
| 215. --Seven & I Holdgs Co | | | | | | | | | |
| 216. --Shiseido Ltd | | | | | | | | | |
| 217. --Siemens Aktiengesellschaft | | | | | | | | | |
| 218. --SK Telecom Co | | | | | | | | | |
| 219. --Societe Generale Sp ADR | | | | | | | | | |
| 220. --Soutwestern Energy Co | | | | | | | | | |
| 221. --SPDR Barclays Capital | | | | | Sold (part) | 8/18/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 9/6/11 | J | A | |
| 223. | | | | | Sold (part) | 9/8/11 | J | A | |
| 224. | | | | | Sold (part) | 10/10/11 | K | A | |
| 225. | | | | | Sold (part) | 10/17/11 | J | A | |
| 226. | | | | | Sold (part) | 10/24/11 | J | A | |
| 227. | | | | | Sold (part) | 10/27/11 | J | A | |
| 228. | | | | | Sold | 11/14/11 | J | A | |
| 229. | | | | | Buy | 11/17/11 | J | | |
| 230. | | | | | Buy (add'l) | 11/21/11 | J | | |
| 231. | | | | | Buy (add'l) | 11/22/11 | J | | |
| 232. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 233. | | | | | Sold (part) | 11/30/11 | J | A | |
| 234. | | | | | Sold (part) | 12/01/11 | J | A | |
| 235. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 236. --SPDR DJIA Trust | | | | | Sold (part) | 7/20/11 | J | A | |
| 237. | | | | | Sold (part) | 8/4/11 | J | A | |
| 238. | | | | | Sold (part) | 08/15/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 33

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/10/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 11/23/11 | J | A | |
| 240. | | | | | Buy | 11/14/11 | J | | |
| 241. --SPDR Trust Series 1 | | | | | Sold (part) | 02/23/11 | J | A | |
| 242. | | | | | Sold (part) | 03/14/11 | K | A | |
| 243. | | | | | Sold (part) | 03/15/11 | J | A | |
| 244. | | | | | Sold (part) | 5/05/11 | J | A | |
| 245. | | | | | Sold (part) | 05/09/11 | J | A | |
| 246. | | | | | Sold (part) | 05/16/11 | J | A | |
| 247. | | | | | Sold (part) | 05/20/11 | J | A | |
| 248. | | | | | Sold (part) | 6/6/11 | J | A | |
| 249. | | | | | Sold (part) | 6/7/11 | J | A | |
| 250. | | | | | Sold (part) | 6/23/11 | J | A | |
| 251. | | | | | Sold (part) | 7/12/11 | K | A | |
| 252. | | | | | Sold (part) | 7/13/11 | J | A | |
| 253. | | | | | Sold (part) | 7/15/11 | J | A | |
| 254. | | | | | Sold (part) | 7/18/11 | J | A | |
| 255. | | | | | Sold (part) | 7/27/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 7/29/11 | J | A | |
| 257. | | | | | Sold (part) | 11/1/11 | J | A | |
| 258. | | | | | Sold (part) | 11/21/11 | J | A | |
| 259. | | | | | Sold | 11/22/11 | J | A | |
| 260. | | | | | Buy | 12/01/11 | J | | |
| 261. | | | | | Sold (part) | 12/14/11 | J | A | |
| 262. --Stericycle Inc | | | | | | | | | |
| 263. --Sumitomo Mitsui Tr Hldgs | | | | | | | | | |
| 264. --Swisscom Ag ADR | | | | | Buy (add'l) | 11/7/11 | J | | |
| 265. --Talisman Energy Inc | | | | | | | | | |
| 266. --Target Corp | | | | | | | | | |
| 267. --Telcom Italia | | | | | | | | | |
| 268. --TNT Express Nv | | | | | | | | | |
| 269. --Toyota Motor Cp | | | | | | | | | |
| 270. --Transocean Ltd | | | | | | | | | |
| 271. --UBS Ag New | | | | | | | | | |
| 272. --VF Corp | | | | | Buy | 08/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --Verifone Systems Inc | | | | | Buy | 05/05/11 | J | | |
| 274. --Visa Inc | | | | | | | | | |
| 275. --Vodafone Gp | | | | | | | | | |
| 276. --Wacoal Cp | | | | | | | | | |
| 277. --Waste Connections | | | | | | | | | |
| 278. --Wolters Kluwer | | | | | | | | | |
| 279. -Lazard Emerging Markets Open Mutual Fund | | | | | | | | | |
| 280. TRUST #5 (MS FID SVCS ACTIVE ASSETS ACCT ___ (X) | D | Dividend | N | T | | | | | |
| 281. -MS Active Assets Money Trust | | | | | | | | | |
| 282. -Common Stocks: | | | | | | | | | |
| 283. --Anglogold Ashanti Ltd | | | | | Buy (add'l) | 1/13/11 | J | | |
| 284. --AON Corp | | | | | | | | | |
| 285. --Apache Corp | | | | | | | | | |
| 286. --Aurico Gold Inc | | | | | Buy | 10/27/11 | J | | |
| 287. --Barrick Gold Corp | | | | | Sold (part) | 4/28/11 | J | A | |
| 288. | | | | | Sold (part) | 11/11/11 | J | C | |
| 289. --CA Incorporated | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --Cisco Sys Inc | | | | | Buy | 09/08/11 | J | | |
| 291. --Citigroup Inc | | | | | Buy (add'l) | 03/29/11 | J | | |
| 292. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 293. | | | | | Buy (add'l) | 05/12/11 | J | | |
| 294. | | | | | Buy (add'l) | 06/01/11 | J | | |
| 295. | | | | | Buy (add'l) | 11/16/11 | J | | |
| 296. --Convergys Corp | | | | | Buy (add'l) | 08/22/11 | J | | |
| 297. --Delphi Automotive | | | | | Buy | 11/17/11 | J | | |
| 298. | | | | | Buy (add'l) | 11/22/11 | J | | |
| 299. --Denbury Resources Inc | | | | | Buy (add'l) | 6/29/11 | J | | |
| 300. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 301. --FBR & Co | | | | | | | | | |
| 302. --GM | | | | | Buy (add'l) | 2/22/11 | J | | |
| 303. --Genworth Financial Inc | | | | | | | | | |
| 304. --Guess Inc | | | | | Buy | 09/09/11 | J | | |
| 305. | | | | | Buy (add'l) | 09/12/11 | J | | |
| 306. | | | | | Buy (add'l) | 09/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --Hartford Fin Sers Grp | | | | | Buy (add'l) | 07/25/11 | J | | |
| 308. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 309. | | | | | Buy (add'l) | 11/16/11 | J | | |
| 310. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 311. --Hess Corp | | | | | | | | | |
| 312. --Ingersoll-Rand PLC | | | | | | | | | |
| 313. --Interpublic Group of Cos Inc | | | | | Buy (add'l) | 08/22/11 | J | | |
| 314. --JP Morgan Chase | | | | | | | | | |
| 315. --Loews Corp | | | | | Sold (part) | 2/02/11 | J | B | |
| 316. --MKS Instruments | | | | | Buy (add'l) | 06/10/11 | J | | |
| 317. --Mattson Tech Inc | | | | | | | | | |
| 318. --Motorola Solutions Inc | | | | | Sold (part) | 4/26/11 | J | A | |
| 319. | | | | | Sold (part) | 4/28/11 | J | A | |
| 320. | | | | | Sold (part) | 10/25/11 | J | A | |
| 321. | | | | | Sold (part) | 12/09/11 | J | A | |
| 322. --Noble Energy Inc | | | | | | | | | |
| 323. --NRG Energy Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  --Paccar Inc | | | | | Buy | 9/08/11 | J | | |
| 325. | | | | | Buy (add'l) | 9/09/11 | J | | |
| 326.  --Pfizer Inc | | | | | Sold (part) | 12/07/11 | J | A | |
| 327.  --Pitney Bowes Inc | | | | | Sold (part) | 3/25/11 | J | A | |
| 328.  --PMC Sierra Inc | | | | | Buy (add'l) | 1/28/11 | J | | |
| 329. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 330. | | | | | Buy (add'l) | 3/15/11 | J | | |
| 331. | | | | | Buy (add'l) | 4/12/11 | J | | |
| 332. | | | | | Buy (add'l) | 12/6/11 | J | | |
| 333. | | | | | Buy (add'l) | 12/8/11 | J | | |
| 334.  --Private Bancorp Inc | | | | | Buy (add'l) | 7/26/11 | J | | |
| 335. | | | | | Buy (add'l) | 7/28/11 | J | | |
| 336.  --Redwood Trust Inc | | | | | | | | | |
| 337.  --Reinsurance Group of America | | | | | Sold (part) | 6/29/11 | J | A | |
| 338. | | | | | Sold (part) | 6/30/11 | J | A | |
| 339.  --Salix Pharm Ltd | | | | | Buy (add'l) | 6/24/11 | J | | |
| 340. | | | | | Buy (add'l) | 7/11/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 7/18/11 | J | | |
| 342. | | | | | Buy (add'l) | 7/20/11 | J | | |
| 343. --Sanofi ADR | | | | | | | | | |
| 344. --Talisman Energy Inc | | | | | Buy (add'l) | 7/29/11 | J | | |
| 345. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 346. | | | | | Buy (add'l) | 11/9/11 | J | | |
| 347. --Teva Pharmaceuticals | | | | | Buy | 6/07/11 | J | | |
| 348. | | | | | Buy (add'l) | 6/08/11 | J | | |
| 349. | | | | | Buy (add'l) | 6/21/11 | J | | |
| 350. | | | | | Buy (add'l) | 9/20/11 | J | | |
| 351. --Trinity Ind Delaware | | | | | Sold (part) | 11/15/11 | J | A | |
| 352. --Unumprovident Corp | | | | | | | | | |
| 353. --Vertex Pharmaceuticals | | | | | Buy | 11/17/11 | J | | |
| 354. --Viacom Inc | | | | | Sold (part) | 05/25/11 | J | A | |
| 355. | | | | | Sold (part) | 05/26/11 | J | A | |
| 356. TRUST #6 (MS FID SVCS ACTIVE ASSETS▮▮▮ (X) | E | Int./Div. | O | T | | | | | |
| 357. -MS Active Assets Money Trust | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Common Stocks: | | | | | | | | | |
| 359. --Abbott Laboratories | | | | | Buy (add'l) | 02/03/11 | J | | |
| 360. | | | | | Buy (add'l) | 02/15/11 | J | | |
| 361. --American Water Works Co | | | | | Buy (add'l) | 02/03/11 | J | | |
| 362. | | | | | Sold (part) | 6/08/11 | J | A | |
| 363. --AT&T | | | | | Buy (add'l) | 02/03/11 | J | | |
| 364. --BCE Inc | | | | | | | | | |
| 365. --BK Montreal | | | | | Buy (add'l) | 02/03/11 | J | | |
| 366. --Cincinnati Financial Ohio | | | | | | | | | |
| 367. --Cinemark Holdings Inc | | | | | | | | | |
| 368. --Digital Realty Trust Inc. | | | | | Buy (add'l) | 7/12/11 | J | | |
| 369. --Donnelley RR & Sons | | | | | Buy (add'l) | 2/03/11 | J | | |
| 370. --Eli Lilly & Co | | | | | | | | | |
| 371. --Energy Transfer Partners | | | | | Buy (add'l) | 5/04/11 | J | | |
| 372. | | | | | Buy (add'l) | 7/12/11 | J | | |
| 373. --Enerplus Corp | | | | | Buy (add'l) | 2/03/11 | J | | |
| 374. | | | | | Buy (add'l) | 7/12/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 26 of 33

**Name of Person Reporting**

Sammartino, Janis L.

**Date of Report**

05/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. --Enterprise Prod Prtners LP | | | | | Buy (add'l) | 2/03/11 | J | | |
| 376. | | | | | Buy (add'l) | 07/12/11 | J | | |
| 377. | | | | | Sold (part) | 7/25/11 | J | B | |
| 378. --GE | | | | | Buy | 11/29/11 | J | | |
| 379. --Glaxosmithkline PLC | | | | | Buy (add'l) | 2/03/11 | J | | |
| 380. | | | | | Buy (add'l) | 2/16/11 | J | | |
| 381. --HJ Heinz Co | | | | | | | | | |
| 382. --HCP Inc | | | | | Buy (add'l) | 02/03/11 | J | | |
| 383. | | | | | Sold (part) | 7/25/11 | J | A | |
| 384. --Intel Corp | | | | | | | | | |
| 385. --International Paper | | | | | Buy | 06/09/11 | J | | |
| 386. --Johnson & Johnson | | | | | Buy (add'l) | 02/03/11 | J | | |
| 387. --Kinder Morgan Energy | | | | | Buy (add'l) | 02/03/11 | J | | |
| 388. --Limited Brands Inc | | | | | Buy | 12/05/11 | J | | |
| 389. --Maxim Integrated Products Inc | | | | | Buy (add'l) | 02/03/11 | J | | |
| 390. | | | | | Sold (part) | 3/9/11 | J | A | |
| 391. --Meadwestvaco Corp | | | | | Buy | 02/07/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. --Merck & Co | | | | | Buy (add'l) | 02/03/11 | J | | |
| 393. --Microchip Technology Inc | | | | | Sold (part) | 01/11/11 | J | B | |
| 394. --Natl Grid Transco | | | | | Buy (add'l) | 02/03/11 | J | | |
| 395. --Nisource Inc | | | | | Buy (add'l) | 02/03/11 | J | | |
| 396. | | | | | Buy (add'l) | 7/25/11 | J | | |
| 397. --Northeast Utilities | | | | | Sold (part) | 11/08/11 | J | B | |
| 398. --Nustar Energy LP | | | | | Buy (add'l) | 02/03/11 | J | | |
| 399. --Oneok Partners LP | | | | | Buy (add'l) | 02/03/11 | J | | |
| 400. --Pfizer Inc | | | | | Buy (add'l) | 7/12/11 | J | | |
| 401. --Plains All American Piplin | | | | | | | | | |
| 402. --Seadrill Ltd | | | | | Buy (add'l) | 07/12/11 | J | | |
| 403. --Spectra Energy Corp | | | | | Buy (add'l) | 07/12/11 | J | | |
| 404. --Statoil ASA | | | | | Buy (add'l) | 2/03/11 | J | | |
| 405. | | | | | Buy (add'l) | 7/12/11 | J | | |
| 406. --Telefonica SA ADR | | | | | Buy (add'l) | 02/03/11 | J | | |
| 407. | | | | | Buy (add'l) | 7/01/11 | J | | |
| 408. | | | | | Buy (add'l) | 9/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409.  --Valley Natl Bancorp | | | | | Buy | 4/29/11 | J | | |
| 410. | | | | | Buy (add'l) | 5/2/11 | J | | |
| 411. | | | | | Buy (add'l) | 5/05/11 | J | | |
| 412.  --Vodafone GP PLC | | | | | Buy | 01/06/11 | J | | |
| 413.  --Williams Co Inc | | | | | Buy | 03/10/11 | J | | |
| 414.  --Windstream Corp | | | | | Buy (add'l) | 02/03/11 | J | | |
| 415.  --YPF Sociedad ADS | | | | | Buy | 11/08/11 | J | | |
| 416.  TRUST #7 (MS ACTIVE ASSETS ACCT) (X) | F | Int./Div. | P1 | T | | | | | |
| 417.  -MS Bank Account | | | | | | | | | |
| 418.  -Bank of America Corp stock (common) | | | | | | | | | |
| 419.  -Ing Groep stock (pref) | | | | | | | | | |
| 420.  -CA St Genl Oblig Build America Mun Bond | | | | | | | | | |
| 421.  -Corporate Bonds: | | | | | | | | | |
| 422.  --Bank of America 8.0% fixed div | | | | | | | | | |
| 423.  --Bank of America 8.125% fixed D IV | | | | | | | | | |
| 424.  --Goldman Sachs Capt II | | | | | | | | | |
| 425.  --JPMorgan Chase | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. --Wells Fargo Co | | | | | | | | | |
| 427. --Unitedhealth Group Inc | | | | | | | | | |
| 428. --General Elec Cap Corp | | | | | | | | | |
| 429. --American Express | | | | | | | | | |
| 430. --Conocophillips | | | | | | | | | |
| 431. --Altria Group Inc | | | | | | | | | |
| 432. --At&T Inc (-AQ5) | | | | | | | | | |
| 433. --Wellpoint Inc | | | | | | | | | |
| 434. --Caterpillar Finl | | | | | | | | | |
| 435. --Dell Inc | | | | | | | | | |
| 436. --Rio Tinto finance USA Ltd | | | | | | | | | |
| 437. --Morgan Stanley (-CE3) | | | | | | | | | |
| 438. --Donnelley & Sons | | | | | | | | | |
| 439. --Morgan Stanley (-BR9) | | | | | | | | | |
| 440. --Boston Scientific Corp | | | | | | | | | |
| 441. --Comcast Corp | | | | | | | | | |
| 442. --Barclays Bank PLC | | | | | Buy | 10/04/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 33

**Name of Person Reporting**

Sammartino, Janis L.

**Date of Report**

05/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. --Prologis Trust | | | | | | | | | |
| 444. --Marathon Oil Corp | | | | | | | | | |
| 445. --General Electric Co | | | | | | | | | |
| 446. --Goldman Sachs Group Inc | | | | | | | | | |
| 447. --AT&T Inc (-AJ1) | | | | | | | | | |
| 448. --Verizon Communications | | | | | | | | | |
| 449. --Kraft Foods Inc | | | | | | | | | |
| 450. --Frontier Communications | | | | | | | | | |
| 451. --TYCO International Finan | | | | | | | | | |
| 452. --Boeing Co | | | | | | | | | |
| 453. --CVS Caremark Corp | | | | | | | | | |
| 454. --Indiana Michigan Power | | | | | | | | | |
| 455. --Lorillard Tobacco Co | | | | | | | | | |
| 456. --Altria Group Inc | | | | | | | | | |
| 457. --Step Up Callable Notes | | | | | | | | | |
| 458. --General Elec Cap Corp | | | | | Buy | 10/04/11 | K | | |
| 459. -Countrywide Alternative Loan Trust | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 33

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  -JP Morgan Mortgage Trust (-AK6) | | | | | | | | | |
| 461.  -JP Morgan Mortgage Trust (-AE0) | | | | | | | | | |
| 462.  -Government Securities: | | | | | | | | | |
| 463.  --FNMA 09-19 TD | | | | | | | | | |
| 464.  --FHR 3249 CB | | | | | | | | | |
| 465.  -Mutual Funds: | | | | | | | | | |
| 466.  --Blackrock Energy Res | | | | | Buy | 4/04/11 | L | | |
| 467.  --Blackrock Strat Inc Opport | | | | | Buy | 04/04/11 | L | | |
| 468. | | | | | Buy (add'l) | 7/11/11 | K | | |
| 469. | | | | | Buy (add'l) | 10/4/11 | K | | |
| 470.  --Highland Floating RT Opport | | | | | | | | | |
| 471.  --Oppenheimer SR Floating Rate | | | | | Buy | 02/01/11 | K | | |
| 472. | | | | | Buy (add'l) | 10/04/11 | K | | |
| 473.  --Templeton Global Bond Fd | | | | | Buy | 06/16/11 | L | | |
| 474.  -AIP Glbl L/S P Hedge Fund | | | | | Buy (add'l) | 11/30/11 | J | | |
| 475. | | | | | | | | | |
| 476. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2012 |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 33

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/10/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janis L. Sammartino**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544